452 A.2d 67

Commonwealth v. Warner, Appellant.

Submitted May 3, 1982. Mitchell S. Strutin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.